# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**ARTHUR BARKSDALE**

                              **Plaintiff**

         vs.                                    **CASE NUMBER: 5:10-CV-545**
                                                                    **(ATB)**

**ANTHONY COLAVITA, JOEL S. CORDONE,
JAMES QUATRONE, and CITY OF SYRACUSE**

                              **Defendants**
_____


**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' summary judgment motion is GRANTED and plaintiff's complaint is DISMISSED IN ITS ENTIRETY. Judgment is hereby entered in favor of the defendants.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Magistrate Judge Andrew T. Baxter, dated the 5th day of October, 2011.


DATED: October 5, 2011

Clerk of Court


s/ Melissa Ennis
Melissa Ennis
Deputy Clerk