# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**ARTHUR BARKSDALE**

                                       **Plaintiff**

    vs.                                  **CASE NUMBER: 5:10-CV-545 (ATB)**

**ANTHONY COLAVITA, JOEL S. CORDONE,
JAMES QUATRONE, and CITY OF SYRACUSE**

                                         **Defendants**

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that defendant Joel S. Cordone was dismissed from this action pursuant to an oral stipulation taken on the record during a pretrial conference held on February 20, 2013.

IT IS ORDERED AND ADJUDGED that, with plaintiff's consent, defendant City of Syracuse and plaintiff's state-law causes of action were dismissed from this action on February 25, 2013 by Order of U.S. Magistrate Judge Andrew T. Baxter.

IT IS ORDERED AND ADJUDGED that all of plaintiff's remaining causes of action against defendants Anthony Colavita and James Quatrone are dismissed pursuant to the jury verdict returned on February 27, 2013.

DATED: February 27, 2013

                                                             Clerk of Court

                                                             Melissa Ennis
                                                             Deputy Clerk